[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-10653

Non-Argument Calendar

_____

LETITIA E. KING-BRANCH,

Plaintiff-Appellant,

*versus*

COBB COUNTY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cv-01905-JPB

_____

Before WILSON, JORDAN, and NEWSOM, Circuit Judges.

PER CURIAM:

Letitia King-Branch, an African-American female over the age of forty proceeding pro se, appeals the district court's grant of summary judgment to Cobb County as to her claims of gender, age, and race discrimination based on Cobb County's decision not to interview or hire her.

First, King-Branch waived her right to challenge the rejection of one of her claims—failing to interview her due to her gender—because she did not object to that recommendation after the magistrate judge issued a report. *See* 11th Cir. R. 3-1 (explaining that when a party that does not object to a magistrate judge's report, the party waives the right to challenge on appeal the district court's order). With respect to King-Branch's remaining claims, for the reasons stated in the magistrate judge's thorough report and recommendation—which was adopted by the district judge—summary judgment for Cobb County was appropriate. Accordingly, we affirm.

**AFFIRMED.**